This decision was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of non-precedential dispositions. Please also note that this electronic decision may contain computer-generated errors or other deviations from the official paper version filed by the Supreme Court.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**THOMAS E. MULLINS,**

       Petitioner-Appellant,

  **v.**                                   **No. 36,118**

**MARY HELEN PEREZ f/k/a**
**MARY HELEN MULLINS,**

       Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Daylene A. Marsh, District Judge**

Thomas E. Mullins
Farmington, NM

Pro se Appellant

Tucker, Burns, Yoder & Hatfield
Mitchel S. Burns
Farmington, NM

for Appellee

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed

summary disposition. Both parties filed a memorandum indicating that they agree with our proposed disposition. Accordingly, for the reasons set forth in our notice of proposed summary disposition, we reverse.

{2}    **IT IS SO ORDERED.**

_____
                                        **TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Chief Judge**

_____
**M. MONICA ZAMORA, Judge**